# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Pregel America, Inc., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:20-cv-00470-MOC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Marco Casol | ) | |
| Tania Sovilla, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 10, 2023 Order.

March 10, 2023

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court